**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JANICE MARY SHERMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | Case No. 1:26-cv-01339-CEF |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending application of the Plaintiff, Janice Mary Sherman. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Janice Mary Sherman hereby voluntarily dismisses the instant action with prejudice. Each side to bear their own fees and costs.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: August 25, 2026

***/s/ James O. Hacking, III***
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC
10121 Manchester Rd., Suite A
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackingimmigrationlaw.com
**ATTORNEYS FOR PLAINTIFF**
**JANICE MARY SHERMAN**